# Order

Michigan Supreme Court
Lansing, Michigan

October 26, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145777

SHARON P. GRIFFIN,
   Plaintiff-Appellee,

v

CURT D. GRIFFIN,
   Defendant-Appellant.

SC: 145777
COA: 305889
Livingston CC Family Division:
07-040094-DM

_____/

   On order of the Court, the application for leave to appeal the June 5, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2012

_____
             Clerk

s1023